# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MILLER, et al., | CASE NO. CV F 09-0304 LJO SMS |
| Plaintiff, | **ORDER TO VACATE MOTION TO SEVER HEARING** |
| vs. | (Doc. 24.) |
| CITY OF FRESNO, et al, | |
| Defendants. | |

Defendants set a June 29, 2009 hearing for their motion to sever (doc. 24). A hearing is set for the same day on plaintiffs' motion to consolidate this action with *James Lewis v. City of Fresno, et al.,* Case No. CV F 08-1062 OWW GSA. Due to the possibility of inconsistent rulings, this Court VACATES the June 29, 2009 hearing on defendants' motion to sever and ORDERS defense counsel to reset the hearing with proper notice under Local Rule 78-230 before the appropriate judge after the ruling on the motion to consolidate.

IT IS SO ORDERED.

Dated:   May 19, 2009              /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE